**Opinion issued December 15, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

## NO. 01-20-00772-CR

————————————

## IN RE ALFONSO RODRIGUEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Alfonso Rodriguez, has filed a motion for voluntary dismissal of his petition for writ of mandamus.[1] We grant the motion and dismiss this original proceeding. We dismiss all other pending motions, including relator's motion for

---

[1]  The underlying case is *State of Texas v. Alfonso Saul Rodriguez*, cause number 2238918, pending in the County Criminal Court at Law No. 9 of Harris County, Texas, the Honorable Toria Finch presiding.

reconsideration of our denial of his motion to stay the underlying proceedings, as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Adams.

Do not publish. TEX. R. APP. P. 47.2(b).